Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and CONWAY, JJ. Taking no part: SEARS and LEWIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GUS SCHWEINBERGER, Appellant.

Argued January 24, 1940; decided March 5, 1940.

*Paul L. Bleakley* and *Irving Schneider* for appellant.

*Walter A. Ferris, District Attorney (Elbert T. Gallagher* and *George M. Fanelli* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.